FILED

06/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0510

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0510

CODY WAYNE JOHNSTON,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

**ORDER**

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including July 18, 2022, within which to prepare, serve, and file its response brief.

MP

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 9 2022